# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
JAN 1 1 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Yoana Y. Cuellar Landeros          30

1131 Drexel Ave
San Antonio, Texas 78210

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: DR-23-0110m-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 10, 2023__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense) encouraged or induced an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law

in violation of Title __8__ United States Code, Section(s) __1324__

I further state that I am a(n) __CBP Officer (Enforcement)__ and that this complaint is based on the following facts: That on or about __January 10, 2023__

The defendant attempted to smuggle into the United States, an undocumented child at the Del Rio, Texas Port of Entry. The defendant presented her own child's Texas birth certificate and stated to the Customs and Border Protection Officers that the minor child was her son, a United States Citizen. During further interview, the undocumented child was determined to be a citizen and native of Mexico by virtue of birth with no documents to enter and/or reside in the United States. The defendant admitted she knew that the child had no documents to enter and/or reside in the United States and was going to be paid 3,000 to 4,000 USD to bring this undocumented child into the U.S. The defendant admitted to have knowingly encouraged or induced the undocumented child to come to, enter, and/or reside in the United States in violation of law.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Susana White, CBPO (E)
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 11, 2023__                           at   Del Rio, Texas
Date                                                     City and State

Victor Garcia
United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer